# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2018

## NO. 03-17-00727-CV

**Jason Roche, Appellant**

**v.**

**The City of Austin, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND SHANNON
## AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment rendered by the trial court on September 29, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.